```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
                                                                     :
STRIKE 3 HOLDINGS, LLC,                                              :
                                                                     :
                          Plaintiff,    :      1:24-cv-5667-GHW
                                                                     :
             -v-                                                    :      <u>ORDER</u>
                                                                     :
JOHN DOE, *subscriber assigned IP address*                           :
*108.54.228.49*,                                                     :
                                                                     :
                          Defendant.    :
                                                                     :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       Plaintiff commenced this action on July 25, 2024. Dkt. No. 1. On March 13, 2025, Plaintiff filed a partially redacted affidavit of service. Dkt. Nos. 27, 28. Then on April 14, 2025, Plaintiff filed a motion for an extension of time to effect service, which the Court denied on April 16, 2025 because the motion appeared to be filed in error. Dkt. Nos. 31, 32. Defendant has yet to appear in this case, and Plaintiff has not taken further action in this case. Plaintiff is directed to file a letter no later than June 23, 2025 updating the Court on the status of this case.

       SO ORDERED.

Dated: June 16, 2025
       New York, New York

                                                                                         _____
                                                                                       GREGORY H. WOODS
                                                                                  United States District Judge